RECEIVED
IN LAKE CHARLES, LA.
MAR 18 2013
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| SEDRICK NED, ET AL | CIVIL ACTION NO. 2:11-CV-514 |
| VS. | JUDGE MINALDI |
| CHEMICAL WASTE MANAGEMENT, INC. | MAGISTRATE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 61] and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment filed by KMCO, LP [Doc. 40] and the Cross Motion for Partial Summary Judgment filed by Chemical Waste Management [Doc. 45] be **DENIED**.

Lake Charles, Louisiana, on this 13 day of March, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE